IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AL KENNETH SCOTT, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:11cv586-WHA ) |
| LOWNDES COUNTY, ALABAMA, CHARLIE (CHIP) WILLIAMS, DERRICK MAULL, and LENNY LEE, | )       (wo) ) ) ) |
| Defendants. | ) |

## **ORDER**

By order of this court entered on October 27, 2011 (Doc. #22), the Plaintiff was directed to perfect service on all defendants no later than November 18, 2011, and advised that claims against any defendant not served by then would be dismissed pursuant to Rule 4(m), *Fed.R.Civ.P.*

According to the records of this court, the Defendants Charlie (Chip) Williams and Lenny Lee have not been served as of this date. Accordingly, and pursuant to the previous order of the court (Doc. #22), it is hereby

ORDERED that all claims against the Defendants Charlie (Chip) Williams and Lenny Lee are DISMISSED without prejudice, pursuant to Rule 4(m), *Fed.R.Civ.P.*

All claims against the other two named Defendants in this case, Lowndes County, Alabama, and Derrick Maull now also having been dismissed, it is

FURTHER ORDERED that this case is DISMISSED, costs taxed to the Plaintiff.

DONE this 24th day of February, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE