IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AL KENNETH SCOTT, )<br>)<br>Plaintiff, )<br>v. )  Case No. 2:11cv586-WHA<br>)            (WO)<br>LOWNDES COUNTY, ALABAMA, )<br>CHARLIE (CHIP) WILLIAMS, DERRICK )<br>MAULL, and  LENNY LEE, )<br>)<br>Defendants. ) | |

## **JUDGMENT**

Pursuant to previous orders of the court,

Judgment is hereby entered in favor of the Defendants, Lowndes County, Alabama, Charlie (Chip) Williams, Derrick Maull, and Lenny Lee, and against the Plaintiff, Al Kenneth Scott.

DONE this 24th day of February, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE